WR-62,099-05
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/20/2015 3:58:24 PM
Accepted 4/20/2015 4:28:36 PM
ABEL ACOSTA
CLERK

No. WR-62,099-05

RECEIVED
COURT OF CRIMINAL APPEALS
4/20/2015
ABEL ACOSTA, CLERK

**IN THE**
**COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**

**Ex parte**
**Robert Lynn Pruett,**

Applicant.

———————————————————

**MOTION FOR STAY OF EXECUTION PENDING DISPOSITION OF**
**SUBSEQUENT APPLICATION FOR POSTCONVICTION WRIT OF**
**HABEAS CORPUS FILED PURSUANT TO ARTICLE 11.073 OF THE**
**TEXAS CODE OF CRIMINAL PROCEDURE**

———————————————————

**CAPITAL CASE**
**MR. PRUETT IS SCHEDULED TO BE EXECUTED ON APRIL 28, 2015.**

———————————————————

David R. Dow
Texas Bar No. 06064900
ddow@central.uh.edu
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
TEL: (713) 743-2171
FAX: (713) 743-2131

IN THE
COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

**Ex parte**
**Robert Lynn Pruett,**

Applicant.

_____

**MOTION FOR STAY OF EXECUTION PENDING DISPOSITION OF
SUBSEQUENT APPLICATION FOR POSTCONVICTION WRIT OF
HABEAS CORPUS FILED PURSUANT TO ARTICLE 11.073 OF THE
TEXAS CODE OF CRIMINAL PROCEDURE**

_____

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL
APPEALS:**

Relator-Petitioner Robert Lynn Pruett files this motion for a stay of execution pending the disposition by this Court of his Subsequent Application for Postconviction Writ of Habeas Corpus Filed Pursuant to Article 11.073 of the Texas Code of Criminal Procedure filed in the trial court on April 20, 2015. Mr. Pruett is scheduled to be executed on Tuesday, April 28, 2015, after 6 o'clock p.m., pursuant to his conviction and sentence entered in the 156th District Court of Bee County, Texas. Judge Bert Richardson's order scheduling Pruett's execution was entered on December 17, 2014. Because it is unlikely Pruett's jurors would

have been able to convict him if they had been presented the 2009 NAS report that indicates that the type of physical match comparison conducted by the State's expert at trial has been discredited, the application asks this Court to remand Mr. Pruett's case to the trial court for further proceedings. Mr. Pruett is entitled to a stay of execution pending the disposition of his application because there exists a likelihood that he will suffer irreparable injury if a stay of execution is denied. Without a stay of execution, the State will execute Mr. Pruett.

## PRAYER FOR RELIEF

Accordingly, Mr. Pruett respectfully requests that this Court stay his execution scheduled for April 28, 2015 and grant any other relief that law or justice may require.

Respectfully Submitted,

s/ David R. Dow[1]

_____

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

*Counsel for Robert Pruett*

---

[1] On April 20, 2015, a motion for leave for counsel to appear in this cause number was filed. The motion remains pending. Though counsel has yet to be granted leave to appear, he feels it incumbent upon him to file this motion today, so as not to violate this Court's Miscellaneous Rule 11-003.

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of April 2015, a true and correct copy of the above legal document was delivered via the electronic filing service to:

Jefferson Clendenin
Assistant Attorney General
Criminal Appeals Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Tel. (512) 936-1600
Fax (512) 320-8132
Email jay.clendenin@texasattorneygeneral.gov


Melinda Fletcher
Special Prosecution Unit
mfletcher@sputexas.org

s/ David R. Dow

_____

David R. Dow
